**Order filed June 12, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00230-CV

_____

### DAN MICHAEL PANNELL AND EVERLASTING ARMS, Appellants

### V.

### INVUM THREE LLC, Appellee

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 541012103**

---

## O R D E R

No reporter's record has been filed in this case. Court reporter Laura M. Cutherell informed this court that appellants have not made arrangements for payment for the reporter's record. On May 15. 2018, the clerk of this court notified appellants that we would consider and decide those issues that do not require a reporter's record unless appellants, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellants filed no response.

Accordingly, we order appellants to file a brief in this appeal by **July 11, 2018**. If appellants fail to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM